PATRICIA C. PETERSON *v.* THE HARTFORD COURANT ET AL.
(13142)

LANDAU, HEIMAN and SPEAR, Js.

Submitted on briefs December 2—decision released December 27, 1994

*Rene D. Crawford* filed a brief for the appellant (plaintiff).

*Kevin D. O'Leary* and *William H. Narwold* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.